■ KELLY G. SHERIDAN, Respondent, v DAVID E. SHERIDAN, Appellant. (Appeal No. 4.) [10 NYS3d 478]—Appeal from an order of the Supreme Court, Onondaga County (Kevin G. Young, J.), entered February 11, 2014. The order, among other things, denied defendant's motion for plaintiff to be held in contempt of court.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Abasciano v Dandrea*, 83 AD3d 1542, 1545 [2011]). Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.